UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X
:
ANTON GLENZ, VALENTINA :
GIACCHI; DONNA MOYER, and :
DOROTHY WOOD individually and on :
behalf of all others similarly situated, :
: Civil Action
Plaintiffs, :
: No. 09-cv-00378 PGS-ES
v. :
:
RCI, LLC, formerly known as Resort :
Condominiums International, LLC, a New :
Jersey corporation, :
:
Defendant. :
:
---------------------------------------------------------X

## SO ORDERED THIRD AMENDED CLASS ACTION PRETRIAL SCHEDULING ORDER, WITH CONSENT

THIS MATTER having come before this Court at the request of Plaintiffs, and with the consent of Defendant, and the Court having considered this application and for good cause shown;

IT IS on this 14th day of February, 2011,

ORDERED as follows:

1. The following deadlines set forth in the Class Action Pretrial Scheduling Order dated October 14, 2010, are modified;

   a. Plaintiffs' Motion for Class Certification shall be filed on or before May 4, 2011 (prior filing deadlines: January 17, 2011 and March 4, 2011);

  b. Defendant's Opposition to Plaintiffs' Motion for Class Certification shall be filed on or before July 27, 2011. (prior filing deadlines: March 24, 2011 and May 27, 2011); and,

  c. Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification shall be filed by August 24, 2011 (prior filing deadlines: April 25, 2011 and June 24, 2011).

  2. All other deadlines and otherwise operative dates set forth in this Court's May 26, 2010, Class Action Pretrial Scheduling Order, if any, shall remain in full force and effect.

The undersigned hereby consent to the form and substance of the above order.

Dated: February 7, 2011

By:  s/ Philip A. Tortoreti
Philip A. Tortoreti, Esq.
Daniel R. Lapinski, Esq.
Keven H. Friedman, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000

*Attorneys for Anton Glenz, Valentina Giacchi, Donna Moyer and Dorothy Wood individually and on behalf of all others similarly situated*

Dated:

By:  s/ David S. Sager
David S. Sager, Esq.
Dennis R. LaFiura, Esq.
Paul Marino, Esq.
DAY PITNEY LLP
P.O. Box 1945
Morristown, New Jersey 07962
Telephone: (973) 966-8121

*Attorneys for Defendant RCI, LLC*

**SO ORDERED:**

Dated: 2/14/11

_____
Honorable Esther J. Salas, U.S.M.J.